WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Melissa Steedle Bogad

*Attorneys for Defendants*
*Zillow Group, Inc. and Zillow, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| EJ MGT LLC, | Honorable John Michael Vazquez, U.S.D.J. |
| Plaintiff, | Civil Action No. 2:18-cv-00584-JMV-JBC |
| v. | **DEFENDANTS ZILLOW GROUP, INC. AND ZILLOW INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| ZILLOW GROUP, INC. and ZILLOW, INC., |  |
| Defendants. | **Electronically Filed** |
|  | **Oral Argument Requested** |
|  | **Return date:  June 4, 2018** |

TO:  Edward R. Grossi
JAVERBAUM WURGAFT HICKS
KAHN & SININS, P.C.
505 Morris Avenue
Springfield, NJ 07081
(973) 379-4200
egrossi@javerbaumwurgaft.com

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that, at 10:00 a.m. on June 4, 2018, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Zillow Group, Inc. and Zillow Inc. shall move before the Honorable John Michael Vazquez, U.S.D.J., at the United States District

Court, Martin Luther King Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order granting their Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Zillow Group, Inc. and Zillow Inc. rely upon the Brief and Declaration of Melissa Steedle Bogad, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants Zillow Group, Inc. and Zillow Inc. respectfully request oral argument.

        WINSTON & STRAWN LLP
        *Attorneys for Defendants*
        *Zillow Group, Inc. and Zillow, Inc.*

        By:   *s/* Melissa Steedle Bogad
              Melissa Steedle Bogad
              mbogad@winston.com

Dated: March 23, 2018

**OF COUNSEL:**

Eva W. Cole
Sofia Arguello
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700

Heather L. Kafele
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000

## CERTIFICATION OF SERVICE

I certify that on this 23rd day of March, 2018, the foregoing Notice of Motion and supporting documents were electronically filed and served upon counsel for Plaintiff by notice of electronic filing.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*s/ Melissa Steedle Bogad*
Melissa Steedle Bogad
mbogad@winston.com

Dated:  March 23, 2018