WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
James S. Richter
Melissa Steedle Bogad

*Attorneys for Defendants*
*Zillow Group, Inc. and Zillow, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| EJ MGT LLC, | Honorable John Michael Vazquez, U.S.D.J. |
| Plaintiff, | Civil Action No. 2:18-cv-00584-JMV-JBC |
| v. |  |
| ZILLOW GROUP, INC. and ZILLOW, INC., | **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** |
| Defendants. |  |

PLEASE TAKE NOTICE that Melissa Steedle Bogad, Esq. hereby withdraws as counsel for Defendants Zillow Group, Inc. and Zillow, Inc. ("Defendants") in this matter. The remaining Winston & Strawn LLP attorneys of record will continue to serve as counsel for Defendants. Accordingly, please remove Ms. Bogad from the list of NEF recipients in this matter.

        WINSTON & STRAWN LLP
        *Attorneys for Defendants*
        *Zillow Group, Inc. and Zillow, Inc.*

        By:    s/ Melissa Steedle Bogad
                Melissa Steedle Bogad
                mbogad@winston.com

Dated: April 6, 2018

## CERTIFICATION OF SERVICE

I hereby certify that on April 6, 2018, a copy of the foregoing Notice was electronically filed and served by ECF upon all counsel of record in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

s/ Melissa Steedle Bogad
Melissa Steedle Bogad
mbogad@winston.com

Dated: April 6, 2018